```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-212 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Lawrence K. Karlton |
|  | ) Time:   9:00 a.m. |
|  | ) Date:   September 30, 2008 |
| Michael Epps, | ) |
| Defendant | ) |

Defendant Michael Epps is charged in a 43 count indictment. Mr. Epps is charged in Count One with a violation of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Methamphetamine and in Counts Ten and Eleven with the Use of a Communication Facility in violation of 21 U.S.C. § 843(b). A status conference was previously set for September 23, 2008. The parties are involved in negotiations and believe the matter is close to resolution. All parties request that the current status conference be continued to September 30, 2008, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

Dated: September 18, 2008          Respectfully submitted,

                                      __/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Michael Epps


                                      /s/ Rick Bender
                                      /s/ Mary Grad
                                      Rick Bender and Mary Grad
                                      Assistant United States Attorneys

## **ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through September 30, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: September 19, 2008

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT