Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-212 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Lawrence K. Karlton ) Time:   9:15 a.m. ) Date:   January 13, 2009 |
| Michael Epps, | ) |
| Defendant | |

   Defendant Michael Epps was convicted of one count in a 43 count indictment and one count in a superceding information with violations of 21 U.S.C. § 843(b) – Use of a Communication Facility in violation of 21 U.S.C. § 843(b).  Judgment and sentencing was previously set for December 8, 2008.  The parties request that sentencing be continued to January 13, 2009, to allow time for probation to interview Mr. Epps and verify information therein provided.  That date is available with the Court.

Dated: November 11, 2008         Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Michael Epps

-1-

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   | /s/ Mary Grad |
|     |  Mary Grad |
|     | Assistant United States Attorneys |

ORDER

IT IS SO ORDERED.
DATED: November 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-