Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>Michael Epps,<br><br>       Defendant | Case No.: CR.S. 08-212 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Lawrence K. Karlton<br>Time:   9:15 a.m.<br>Date:   March 3, 2009 |

Defendant Michael Epps was convicted of one count in a 43 count indictment and one count in a superceding information with violations of 21 U.S.C. § 843(b) – Use of a Communication Facility in violation of 21 U.S.C. § 843(b).  Judgment and sentencing was previously set for December 8, 2008.  The parties request that sentencing be continued to March3, 2009, to allow time for probation to interview Mr. Epps and verify information therein provided.  That date is available with the Court.  The parties adopt the following schedule:

      Draft Report:                     January 27, 2009

      Informal Objections:           February 10, 2009

      Final Report:                     February 17, 2009

      Sentencing Memorandum:       February 24, 2009

      Judgement & Sentencing:       March 3, 2009

Dated: December 19, 2008                    Respectfully submitted,


                                            __/s/ Shari Rusk___
                                            Shari Rusk
                                            Attorney for Defendant
                                            Michael Epps


                                            /s/ Mary Grad
                                            Mary Grad
                                            Assistant United States Attorneys



                        **ORDER**


     IT IS SO ORDERED.
DATED: December 19, 2008


                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT