IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-08-0212 LKK KJM P

    vs.

MICHAEL R. EPPS, Jr.,

    Movant.                      ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion for a writ of error under 28 U.S.C. § 1651. Respondent is directed to file an answer or other response within thirty days of the effective date of this order.

        Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Movant's reply, if any, is due on or before thirty days from the date respondent's answer or other response is filed.

        The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: August 9, 2010.

2 epps0212.206

_____
U.S. MAGISTRATE JUDGE

1