1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,

11           Respondent,                    No. 2:08-cr-0212 LKK EFB P

12       vs.

13    MICHAEL R. EPPS, JR.,

14           Movant.                    ORDER

15    _____/

16           Movant, a federal prisoner proceeding pro se, has filed a motion for a writ of error

17    coram nobis pursuant to 28 U.S.C. § 1651.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On January 16, 2013, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within twenty-one days.

22    Neither party has filed objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    \\\\\

1

1          1.  The findings and recommendations filed January 16, 2013, are adopted in full;

2          2.  Respondent's motion to dismiss, Dckt, No. 459, is granted; and

3          3.  The Clerk of the Court be directed to close the companion civil case No. Civ.

4    S-10-cv-0327 LKK EFB.

5    DATED:   April 9, 2013.

6

7

8    _____
     LAWRENCE K. KARLTON

9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2